IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| In the Matter of: | ) | Bankruptcy No. 91-73129 |
| | ) | |
| CLEVELAND GREEN, | ) | A.P. No. 01-70136-TBB |
| Debtor. | ) | |

| | | |
|---|---|---|
| CLEVELAND GREEN, | ) | |
| | ) | |
| Appellant, | ) | |
| v. | ) | CIVIL ACTION NO. |
| | ) | 02-G-2621-S |
| THE UNITED STATES OF AMERICA, | ) | |
| DEPARTMENT OF EDUCATION; | ) | |
| THE UNITED STATES OF AMERICA, | ) | |
| DEPARTMENT OF TREASURY; and | ) | |
| CHARLES WILSON, | ) | |
| Appellees, | ) | |
| | ) | |
| C. DAVID COTTINGHAM,  Trustee. | ) | |

ENTERED
SEP 29 2003

MEMORANDUM OPINION

The United States of America, on behalf of its above-named agencies and employee filed an objection to appellant's motion to withdraw the reference from the bankruptcy court in the above-styled case. The court feels the objection is well taken. Such a motion must be timely filed. 28 U.S.C. § 157(d). In the present case Debtor/Appellant filed the adversary proceeding on or about November 5, 2001. His motion to withdraw the reference was filed on or about

September 9, 2003. An almost two year interval cannot be considered "timely filed" within the meaning of 28 U.S.C. § 157(d).

This matter is a "core proceeding" within the meaning of 28 U.S.C. § 157 (b)(2).

The motion does not "show cause" for withdrawal of reference as required by 28 U.S.C. § 157(d).[1] *See In re Simmons*, 200 F.3d 738, 741 (11th Cir. 2000). The "for cause shown" requirement "creates a presumption that the legislature intended bankruptcy proceedings to be adjudicated by bankruptcy courts absent the existence of some other contravening policy that the withdrawal of reference is necessary to preserve a more significant interest." *In re American Solar King Corp.*, 92 B.R. 207 (W.D. Tex. 1988).

Extensive pleadings filed and hearings already held in the bankruptcy court render it more efficient for the bankruptcy judge to continue to handle the matter. The case involves issues especially suited to the expertise and experience of a bankruptcy judge.

---

[1] "The district court may withdraw, in whole or in part, any case or proceeding referred under this section, on its own motion or on timely motion of a party, for cause shown."

2

For the above-stated reasons the motion to withdraw the bankruptcy reference is DENIED. An order consistent with this opinion is being entered contemporaneously herewith.

DONE and ORDERED this 29th day of September 2003.

UNITED STATES DISTRICT JUDGE
J. FOY GUIN, JR.

3